UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ULRIQUE JENA BAPTISTE,

    Petitioner,

v.                                                        Case No.:  6:01-cv-511-Orl-19JGG
                                                                         (6:99-cr-87-Orl-19JGG)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 10)** |
| **FILED:** | **March 30, 2006** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _4th_____ day of April, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 4/4
Counsel of Record
Ulrique Jena Baptiste